# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5052
_____

DARRYL BERNARD KING,

Appellant,

v.

SHARITA STARKS, SAILORMEN,
INC. d/b/a POPEYES CHICKEN AND
BISCUITS, et al.,

Appellees.

_____


On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

January 25, 2019


PER CURIAM.

AFFIRMED.

ROWE and WINSOR, JJ., concur, BILBREY, J., concurs with opinion.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

BILBREY, J., concurs.

I agree affirmance is appropriate.  *See* § 440.11, Fla. Stat.; Fla. R. Civ. P. 1.110.

————————————————

Darryl Bernard King, pro se, Appellant.

Hinda Klein and Lara J. Edelstein of Conroy Simberg, Hollywood, for Appellee Sharita Starks.